# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action **and one** in a corresponding Nature of Suit)

○ **A.** *Antitrust*

    410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

    310 Airplane
    315 Airplane Product Liability
    320 Assault, Libel & Slander
    330 Federal Employers Liability
    340 Marine
    345 Marine Product Liability
    350 Motor Vehicle
    355 Motor Vehicle Product Liability
    360 Other Personal Injury
    362 Medical Malpractice
    365 Product Liability
    367 Health Care/Pharmaceutical Personal Injury Product Liability
    368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

    151 Medicare Act

**Social Security**
    861 HIA (1395ff)
    862 Black Lung (923)
    863 DIWC/DIWW (405(g))
    864 SSID Title XVI
    865 RSI (405(g))
**Other Statutes**
    891 Agricultural Acts
    893 Environmental Matters
    890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)****

○ **E.** *General Civil (Other)*   **OR**   ○ **F.** *Pro Se General Civil*

**Real Property**
    210 Land Condemnation
    220 Foreclosure
    230 Rent, Lease & Ejectment
    240 Torts to Land
    245 Tort Product Liability
    290 All Other Real Property

**Personal Property**
    370 Other Fraud
    371 Truth in Lending
    380 Other Personal Property Damage
    385 Property Damage Product Liability

**Bankruptcy**
    422 Appeal 27 USC 158
    423 Withdrawal 28 USC 157

**Prisoner Petitions**
    535 Death Penalty
    540 Mandamus & Other
    550 Civil Rights
    555 Prison Conditions
    560 Civil Detainee – Conditions of Confinement

**Property Rights**
    820 Copyrights
    830 Patent
    835 Patent – Abbreviated New Drug Application
    840 Trademark
    880 Defend Trade Secrets Act of 2016 (DTSA)

**Federal Tax Suits**
    870 Taxes (US plaintiff or defendant)
    871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
    625 Drug Related Seizure of Property 21 USC 881
    690 Other

**Other Statutes**
    375 False Claims Act
    376 Qui Tam (31 USC 3729(a))
    400 State Reapportionment
    430 Banks & Banking
    450 Commerce/ICC Rates/etc
    460 Deportation
    462 Naturalization Application

    465 Other Immigration Actions
    470 Racketeer Influenced & Corrupt Organization
    480 Consumer Credit
    485 Telephone Consumer Protection Act (TCPA)
    490 Cable/Satellite TV
    850 Securities/Commodities/ Exchange
    896 Arbitration
    899 Administrative Procedure Act/Review or Appeal of Agency Decision
    950 Constitutionality of State Statutes
    890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ **G.** *Habeas Corpus/ 2255*<br><br>530 Habeas Corpus – General<br>510 Motion/Vacate Sentence<br>463 Habeas Corpus – Alien Detainee | ○ **H.** *Employment Discrimination*<br><br>442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ **I.** *FOIA/Privacy Act*<br><br>895 Freedom of Information Act<br>890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ○ **J.** *Student Loan*<br><br>152 Recovery of Defaulted Student Loan (excluding veterans) |
|---|---|---|---|
| ○ **K.** *Labor/ERISA (non-employment)*<br><br>710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>740 Labor Railway Act<br>751 Family and Medical Leave Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | ○ **L.** *Other Civil Rights (non-employment)*<br><br>441 Voting (if not Voting Rights Act)<br>443 Housing/Accommodations<br>440 Other Civil Rights<br>445 Americans w/Disabilities – Employment<br>446 Americans w/Disabilities – Other<br>448 Education | ○ **M.** *Contract*<br><br>110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment & Enforcement of Judgment<br>153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | ○ **N.** *Three-Judge Court*<br><br>441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $**<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES        NO |
|---|---|---|---|
| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES        NO | If yes, please complete related case form |

**DATE:** _____   **SIGNATURE OF ATTORNEY OF RECORD** _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

   **I.**   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

   **III.**   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   **IV.**   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

   **VI.**   CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

   **VIII.**   RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# **CIVIL COVER SHEET ATTACHMENT**

**ATTORNEYS FOR PLAINTIFF**
**GALDERMA LABORATORIES, L.P.**

Greg Van Houten [Bar No. 1032731]
HAYNES AND BOONE, LLP
800 17th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 654-4562
Facsimile: (202) 654-4256
greg.vanhouten@haynesboone.com

-and-

David J. Drez III*
Schyler Parker*
WICK PHILLIPS GOULD & MARTIN LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile:      (817) 332-7789
david.drez@wickphillips.com
schyler.parker@wickphillips.com
*Pro hac vice applications to be submitted*