# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GALDERMA LABORATORIES, L.P., | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO.: 1:21-cv-00132 |
| HOSSEIN ZAMANI, | § § § |
| Defendant. | § § |

## PLAINTIFF GALDERMA LABORATORIES, L.P.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

As required by Federal Rule of Civil Procedure 7.1 and LCvR 26.1, Plaintiff Galderma Laboratories, L.P. ("Galderma") makes the following corporate disclosure statement:

Galderma Laboratories L.P. is a subsidiary owned by Galderma Limited LLC and Galderma General, LLC. No publicly-held corporation directly owns 10% or more of Galderma Laboratories, L.P.

Below is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Defendant Germantown Professional Pharmacy, LLC d/b/a Germantown Professional Pharmacy & Compounding;

2. Defendant Hossein Zamani; and

3. Plaintiff Galderma Laboratories, L.P.

Dated: January 15, 2021

Respectfully submitted,


By: /s/ Greg Van Houten
    Greg Van Houten [Bar No. 1032731]
    HAYNES AND BOONE, LLP
    800 17th Street NW, Suite 500
    Washington, DC 20006
    Telephone: (202) 654-4562
    Facsimile: (202) 654-4256
    greg.vanhouten@haynesboone.com

    -and-

    David J. Drez III*
    Schyler Parker*
    WICK PHILLIPS GOULD & MARTIN LLP
    100 Throckmorton Street, Suite 1500
    Fort Worth, Texas 76102
    Telephone: (817) 332-7788
    Facsimile: (817) 332-7789
    david.drez@wickphillips.com
    schyler.parker@wickphillips.com
    *Pro hac vice applications to be submitted

**ATTORNEYS FOR PLAINTIFF
GALDERMA LABORATORIES, L.P.**