### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| GALDERMA LABORATORIES, L.P.<br><br>                    Plaintiff,<br><br>v.<br><br>HOSSEIN ZAMANI,<br><br>                    Defendant. | Case No. 1:21-cv-00132-TJK |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS

Defendant Hossein Zamani ("Zamani" or "Defendant") by and through his undersigned counsel, respectfully moves this Honorable Court for a thirty-day extension of time to file his Reply in support of his pending Partial Motion to Dismiss, pending the anticipated private resolution of this matter and dismissal, with prejudice, thereof, and in support states the following:

1. On March 11, 2021, the parties reached an agreement to resolve the above-referenced case without further litigation.

2. Defendant's Partial Motion to Dismiss is pending before the Court. Plaintiff has filed an Opposition and the deadline for Defendant's Reply is Monday, March 15, 2021.

3. The parties continue to work together to document and effectuate the terms of this final resolution, including the dismissal of this matter. As the resolution and dismissal of this case will render the pending Motion moot, and the continued litigation related to the pending Motion, including the preparation of Defendant's Reply, would draw time and resources away from the efficient resolution of this case, Defendant seeks an extension of time to file his Reply brief, in order to best serve the interests of judicial economy and promote the efficient use of the Court's limited resources and the parties' time and resources.

4. Defendant is seeking a 30-day extension of the deadline to file his Reply in support of his Motion to Dismiss until April 14, 2021.

5. This is the first such request for an extension.

6. Defendant begs the Court's indulgence, as the above-referenced resolution reached by the parties on March 11, 2021 did not permit Defendant to seek this extension, and file this Motion, four days in advance of its deadline to file a Reply. Upon notice of a resolution, Defendant promptly conferred with opposing counsel regarding this matter and now brings this request to the Court as soon as it was reasonably able to do so.

7. There are no other previously set deadlines that will be effected by this extension.

8. In accordance with Local Civil Rule 7(m), counsel for Plaintiff has been consulted, and **does not object** to this motion.

WHEREFORE, Defendant Hossein Zamani respectfully requests that this Court grant the instant Motion for Extension of Time to File Reply in Support of Partial Motion to Dismiss and enter the proposed Order attached hereto.

Date:  March 12, 2021                                   Respectfully submitted,

By:    /s/  Gregory D. Grant
Gregory D. Grant (DC Bar #441662)
Courtney B. Schaefer (DC Bar # 104539)
SHULMAN ROGERS GANDAL
PORDY & ECKER P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854-6803
Telephone: (301) 230-5200
Facsimile: (301) 230-2891
ggrant@shulmanrogers.com
cschaefer@shulmanrogers.com

*Counsel for Defendant Hossein Zamani*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2021, a true and correct copy of the foregoing *Defendant's Motion for Extension of Time to File Reply in Support of Partial Motion to Dismiss* will be served by an electronic notice of filing sent by the CM/ECF system:

Greg Van Houten
HAYNES AND BOONE, LLP
800 17th Street NW, Suite 500
Washington, DC 20006
Greg.vanhouten@haynesboone.com

David J. Drez III
Schyler Parker
WICK PHILLIPS GOULD & MARTIN LLP
100 Throckmorton Street, Suite 1500
Forth Worth, TX 76102
David.drez@wickphillips.com
Schyler.parker@wickphillips.com

*Attorneys for Plaintiff Galderma Laboratories, L.P.*

                                                     /s/ Gregory D. Grant